NUMBER 13-07-393-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


________________________________________________________


NOE VAIZ GARZA, Appellant,


v.



THE STATE OF TEXAS, Appellee.

________________________________________________________


On appeal from the 398th District Court


 of Hidalgo County, Texas.


________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Rodriguez and Benavides


Memorandum Opinion Per Curiam



 Appellant, NOE VAIZ GARZA, attempted to perfect an appeal from a judgment
entered by the 398th District Court of Hidalgo County, Texas. Sentence in this cause was
imposed on January 12, 2007. An untimely motion for new trial was filed on February 16,
2007. The notice of appeal was due to be filed on February 12, 2007, but was not filed
until February 16, 2007. Said notice of appeal is untimely filed. 

 Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension of
time for filing notice of appeal if such notice is filed within fifteen days of the last day
allowed and within the same period a motion is filed in the court of appeals reasonably
explaining the need for such extension. Appellant failed to file his notice of appeal and a
motion requesting an extension of time within such period. 

 The Court, having considered the documents on file and appellant's failure to timely
perfect his appeal, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed this

the 11th day of October, 2007.